**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LESTER EUGENE RIDER**                                                                                   **PLAINTIFF**
**ADC #152530**

V.                                     NO. 5:13CV00202-KGB-BD

**RITA STARR,** *et al.*                                                                                         **DEFENDANTS**

### ORDER

Plaintiff Lester Eugene Rider, an inmate confined in the Phoenix Recover Center, is proceeding pro se in this 42 U.S.C. § 1983 action. A summons directed to Defendant Michelle Corbin has twice been returned to the Court unexecuted, once in care of the Arkansas Department of Correction and the other at her last-known personal mailing address.

It is Mr. Rider's responsibility to provide the Court and the U.S. Marshal Service with proper service addresses for Defendants. *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993). Thus, the Court will give Mr. Rider until October 28, 2014, to use the discovery process set forth in Fed. R. Civ. P. 33 by serving Interrogatories on the Defendants or otherwise ascertaining a valid service address for Michelle Corbin, and to file a "Motion for Service," requesting that service be attempted upon her at that valid address.

Mr. Rider is advised that the failure to timely comply with this order will result in Defendant Corbin's dismissal from the lawsuit, without prejudice. See Fed. R. Civ. P.

4(m).  Mr. Rider is also reminded not to file discovery requests or discovery responses with the court unless they are necessary to support a motion (or response to a motion), or to comply with a court order.  See Fed. R. Civ. P. 5(d).

    IT IS SO ORDERED, this 28th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE