**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LESTER EUGENE RIDER**
**ADC # 152530**                                                                        **PLAINTIFF**

**v.**                            **Case No. 5:13-cv-00202-KGB-BD**

**RITA STARR,** *et al.*                                                             **DEFENDANTS**

<u>**ORDER**</u>

The Court has received a Partial Recommended Disposition filed by Magistrate Judge Beth Deere recommending the dismissal without prejudice of plaintiff Lester Eugene Rider's claims against defendants Andrea Butler, C. Lewis, and Michelle Corbin (Dkt. No. 65). There have been no objections, and the time for filing objections has passed. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety (Dkt. No. 65). The Court dismisses without prejudice Mr. Rider's claims against defendants Andrea Butler, C. Lewis, and Michelle Corbin.

The Court has also received a Partial Recommended Deposition from Judge Deere regarding the motion for summary judgment filed by the ADC defendants (Dkt. No. 88). Mr. Rider filed a motion for extension of time to file objections to this Partial Recommended Disposition (Dkt. No. 89). The Court grants Mr. Rider's motion (Dkt. No. 89), and he shall have up to and including August 28, 2015, to file his objections to Judge Deere's Partial Recommended Disposition regarding the pending motion for summary judgment (Dkt. No. 88).

SO ORDERED this the 10th day of August, 2015.

_____
Kristine G. Baker
United States District Judge