IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LESTER EUGENE RIDER**                                                                          **PLAINTIFF**
**ADC # 152530**

v.                              Case No. 5:13-cv-00202 KGB-BD

**RITA STARR, et al.**                                                                               **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Dkt. No. 88).  Mr. Rider filed a motion for extension of time to file objections to the Recommendation, and the Court granted that motion (Dkt. No. 89).  Mr. Rider then filed objections to the Recommendation (Dkt. No. 92).  After careful review of the Recommendation, Mr. Rider's timely objections, and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, plaintiff Lester Eugene Rider's claims against defendants Ryan Gordon, Lonnie Paranuk, James Thomas, Daniel Potter, Billy Stinnett, Lon Watson, Timothy Thomas, Garland Alexander, Courtney McClina-Latham, Nada D'Avignon, Winston Middleton, Laurel Hooks, Crystal Bell, and Sheldon Childress are dismissed without prejudice, based on Mr. Rider's failure to exhaust his administrative remedies against these defendants, as required by federal law.  The above-named defendants' motion for summary judgment is granted (Dkt. No. 76).

SO ORDERED this 12th day of January, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE