## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LESTER EUGENE RIDER**                                                                    **PLAINTIFF**
**ADC # 152530**

v.                              Case No. 5:13-cv-00202 KGB-BD

**RITA STARR**                                                                              **DEFENDANT**

### ORDER

The Court has received two Partial Recommended Dispositions ("Recommendations") filed by United States Magistrate Judge Beth Deere (Dkt. Nos. 95, 100). Plaintiff Lester Eugene Rider filed objections to Judge Deere's first Recommendation (Dkt. Nos. 99). Then, Mr. Rider filed a motion for extension of time to file objections to Judge Deere's second Recommendation (Dkt. Nos. 101), which the Court granted (Dkt. No. 103). Mr. Rider then filed objections to the second Recommendation (Dkt. No. 104).

After careful review of the Recommendations, Mr. Rider's timely objections, and a *de novo* review of the record, the Court concludes that the Recommendations should both be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Mr. Rider's motion to amend his complaint is denied (Dkt. No. 93), defendant Rita Starr's motion for summary judgment is granted (Dkt. No. 96), and Mr. Rider's claims against Ms. Starr are dismissed with prejudice. This Court previously dismissed without prejudice by separate Order Mr. Rider's claims against all other defendants named in this action (Dkt. Nos. 90, 102).

So ordered this 14th day of September, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge